# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN ANDRES,<br><br>        Plaintiffs,<br><br>v.<br><br>CARMONA, et al.,<br><br>        Defendants. | Case No.: 1:19-cv-0744-DAD-JLT<br><br>ORDER RECLASSIFYING CASE |

Kevin Andres asserts his civil rights were violated while he was incarcerated and seeks to state claims related to his confinement. In addition, the defendants in this action include by correctional officers at Wasco State Prison and individuals employed by the State of California.

Therefore, the Court **ORDERS** the matter reclassified as a "prisoner action." Despite this, the requirements of Local Rules 230(l), 240(c)(8) and 271(a)(2) **SHALL NOT** apply.

IT IS SO ORDERED.

    Dated:   **June 1, 2019**               **/s/ Jennifer L. Thurston**
                                                              UNITED STATES MAGISTRATE JUDGE