# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN ANDRES,<br><br>            Plaintiff,<br><br>    v.<br><br>CARMONA, et al.,<br><br>            Defendants. | **Case No. 1:19-cv-00744-DAD-JLT (PC)**<br><br>**ORDER TO SHOW CAUSE WHY PLAINTIFF'S MOTION TO PROCEED *IN FORMA PAUPERIS* SHOULD NOT BE DENIED**<br><br>**(Doc. 2)**<br><br>**21-DAY DEADLINE** |

      Plaintiff filed a motion to proceed *in forma pauperis* along with this civil rights action pursuant to 42 U.S.C. § 1983. However, it appears that it may be inappropriate to grant Plaintiff's motion because in his application, Plaintiff indicates that, when he filed this action, he had $2,000.00 in cash or in a checking or savings account.

      Proceeding "*in forma pauperis* is a privilege not a right." *Smart v. Heinze*, 347 F.2d 114, 116 (9th Cir. 1965). While a party need not be completely destitute to proceed *IFP*, *Adkins v. E.I. DuPont de Nemours & Co.*, 335 U.S. 331, 339-40 (1948), "the same even-handed care must be employed to assure that federal funds are not squandered to underwrite, at public expense, either frivolous claims or the remonstrances of a suitor who is financially able, in whole or in material part, to pull his own oar." *Doe v. Educ. Enrichment Sys.*, No. 15cv2628-MMA (MDD), 2015 U.S. Dist. LEXIS 173063, *2 (S.D. Cal. Dec. 30, 2015) (citing *Temple v. Ellerthorpe*, 586 F. Supp. 848, 850 (D.R.I. 1984)). "[T]he court shall dismiss the case at any time if the court

1

determines the allegation of poverty is untrue." 28 U.S.C. § 1915(e)(2)(A).  It appears that Plaintiff had sufficient funds when he filed this action to be required to pay the filing fee in full to proceed.

Accordingly, **within 21 days,** the Plaintiff SHALL show cause in writing why his motion to proceed *in forma pauperis* should not be denied and the plaintiff be required to pay the filing fee. Alternatively, Plaintiff may file a notice of voluntary dismissal.

**Failure to respond to this order will result in dismissal for failure to obey a court order.**

IT IS SO ORDERED.

Dated: **June 6, 2019**         /s/ Jennifer L. Thurston
                                 UNITED STATES MAGISTRATE JUDGE